IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT HOSSFELD, on behalf of Himself and all others similarly situated, | Case No. 0:22-cv-61465-RS |
| Plaintiff, | |
| v. | |
| ENHANCE HEALTH, LLC, | |
| Defendant. | |

## NOTICE OF RESOLUTION

Plaintiff Robert Hossfeld and Defendant Enhance Health, LLC hereby notify the Court that the parties have reached a resolution in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED:  October 24, 2022

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130

By: *s/ Yaniv Adar*
    Yaniv Adar, Esq.
    Florida Bar No. 63804
    yaniv@markmigdal.com
    eservice@markmigdal.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on October 24, 2022, which served same electronically upon all counsel of record.

*s/ Yaniv Adar*
Yaniv Adar, Esq.
