## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

ROBERT HOSSFELD, individually and
on behalf of a classes of others
similarly situated,

        Plaintiff,

        v.

ENHANCE HEALTH, LLC,

        Defendant.

Case No. 0:22-cv-61465-RS

### STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

The Plaintiff and the Defendant, having reached a compromise, stipulate and agree under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against the Defendant are dismissed with prejudice.  It is further stipulated that each party will bear its own costs, expenses, and attorneys' fees.

Date: November 7, 2022

BAILEY & GLASSER LLP

/s/ James L. Kauffman
James L. Kauffman
Florida Bar No. 0012915
BAILEY & GLASSER, LLP
1055 Thomas Jefferson St. NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: jkauffman@baileyglasser.com

Benjamin J. Hogan*
BAILEY & GLASSER, LLP
6 Canyon Rd., Suite 200
Morgantown, WV 26508
Telephone: (304) 594-0087

MARK MIGDAL & HAYDEN

/s/ Yaniv Adar
Yaniv Adar
Florida Bar No. 63804
MARK MIGDAL & HAYDEN
80 SW 8 Street
Miami, FL 33130
Telephone: (305) 374-0440
Email: yaniv@markmigdal.com

*Counsel for Defendant*

Email: bhogan@baileyglasser.com

Alexander H. Burke*
Daniel J. Marovitch*
BURKE LAW OFFICES, LLC
909 Davis Street, Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
Email: aburke@burkelawllc.com
Email: dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

*Pending *pro hac vice* admission