**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| ROBERT HOSSFELD, individually and on behalf of a classes of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>ENHANCE HEALTH, LLC,<br><br>　　　　　Defendant. | Case No. 0:22-cv-61465-RS |

**[PROPOSED] ORDER FOR STIPULATED DISMISSAL
OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

AND NOW, this ___ day of _____, 2022, upon consideration of the parties' stipulation, it is hereby ORDERED that all Plaintiff's claims brought in this case against the Defendant are **DISMISSED WITH PREJUDICE**. It is further ORDERED that each party shall bear its own costs and attorney's fees.

It is so ORDERED.

　

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RODNEY SMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge