UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61465-RS

ROBERT HOSSFELD, individually and on behalf of a class of others similarly situated,

    Plaintiff,

v.

ENHANCE HEALTH, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Stipulated Dismissal of Plaintiff's Claims with Prejudice [DE 11]. Accordingly, it is hereby,

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.
2. All pending motions are **DENIED as moot**.
3. Each party shall bear its own attorneys' fees and costs.
4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of November, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record